IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **LEGATO VAPORS, LLC, a Kentucky Limited Liability Company, JET SETTER JUICE, LLC, a Florida Limited Liability Company, and ROCKY MOUNTAIN ECIGS LLC, a Delaware Limited Liability Company, and DERB E CIGS INDIANA LLC, an Indiana Liability Company,** | ) ) ) ) ) ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) CASE NO. 1:15-cv-00761-SEB-TAB ) |
| **DAVID COOK, in his official capacity as Chairman of the Indiana Alcohol and Tobacco Commission, DAVID COLEMAN, in his official capacity as Vice-Chairman of the Indiana Alcohol and Tobacco Commission, DALE GRUBB, in his official capacity as Commissioner of the Indiana Alcohol and Tobacco Commission, MARJORIE MAGINN, in her official capacity as Commissioner of the Indiana Alcohol and Tobacco Commission, and MATT STRITTMATTER, in his official capacity as the Superintendent of the Indiana Excise Police and STATE OF INDIANA,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) ) |
| and | ) ) |
| **RIGHT TO BE SMOKE-FREE COALITION, INC.** | ) ) ) ) |
| Intervenor-Petitioners. | ) |

**RESPONDENTS' AMENDED FINAL WITNESS AND EXHIBIT LISTS**

Respondents, David Cook, David Coleman, Dale Grubb, Marjorie Maginn, Matt Strittmatter and State of Indiana (collectively "Respondents"), by counsel, Deputy Attorney Jonathan P. Nagy, submit their final list of witnesses and exhibits as follows:

## WITNESSES

Respondents may use the following individuals to support their defense(s):

1. David Cook.  Mr. Cook may testify as to the drafting and implementation of administrative rules governing the regulatory scheme at issue in this lawsuit.

2. David Coleman.  Mr. Coleman may testify as to the drafting and implementation of administrative rules governing the regulatory scheme at issue in this lawsuit.

3. Dale Grubb.  Mr. Grub may testify as to the drafting and implementation of administrative rules governing the regulatory scheme at issue in this lawsuit.

4. Marjorie Maginn.  Ms. Maginn may testify as to the drafting and implementation of administrative rules governing the regulatory scheme at issue in this lawsuit..

5. Matt Strittmatter.  Mr. Strittmatter may testify as to the drafting and implementation of administrative rules governing the regulatory scheme at issue in this lawsuit.

6. Jessica Allen. Ms. Allen may testify as to the drafting and implementation of administrative rules governing the regulatory scheme at issue in this lawsuit, and may further testify as to any and all topics covered in his deposition, whether in her individual capacity or as the 30(b)(6) representative of the Indiana Alcohol & Tobacco Commission.

7. Any other individuals identified in the Petitioners and Intervenor-Petitioner's witness lists, including Troy LeBlanc, Topepher Vessels, Shawn Kelly, Wes LeFevor, and Keith Petterson. These witnesses are expected to testify as to their personal knowledge of the

business practices of the corresponding Petitioner that they represent, and of the products sold by each Petitioner.

8. Any other individuals identified by Petitioners and Intervenor-Petitioner, including each of the following individuals:

Kenneth Davis
Chief Risk Officer
Mt. Baker Vapor
4049 E. Presidio, Suite 101
Mesa, AZ 85215
(877) 565-8273

Scott Eley
Executive Management Team
NicQuid
4251 Lyons Rd.
Miamisburg, OH 45342
(855) 642-7843

Robert Crossley
CEO
Cosmic Fog Vapors
3115 Airway Ave.
Costa Mesa, CA 92626
(949) 266-1730

Brian Walters
Director of Communications
Vapor Shark
5000 SW 75th Ave., Suite 120
Miami, FL 33155
(855) 827-3669

These witnesses are expected to testify as to their personal knowledge of the business practices of the corresponding e-liquid manufacturer/retailer that they represent, and of the products made and/or sold by each Petitioner.

9. All "experts" identified jointly by the Legato Petitioners and Intervenor-Petitioner by filings dated November 2, 2015 and November 20, 2015.

10. Gregg Russell, Ft. Wayne Custom RX, 425 E Dupont Rd, Fort Wayne, IN 46825, (260) 490-3447. Mr. Russel is expected to testify, via affidavit, for the limited purpose of authenticating the contents of the video shown during testimony at the Indiana Statehouse during debate over HEA 1432.

11. Lee Kelso, (260) 424-3373 (address presently unknown). Mr. Kelso may testify, via affidavit, for the limited purpose of authenticating the contents of the video shown during testimony at the Indiana Statehouse during debate over HEA 1432.

12. Any and all witnesses needed for impeachment and/or rebuttal purposes.

13. Other named individuals as Respondents become aware of identities.

## DOCUMENTS/EXHIBITS

Respondents may use as exhibits the following documents within their possession, custody and/or control to support their defense(s):

1. The First Amended Petition for Declaratory and Injunctive Relief filed by the Legato Petitioners, the Petition for Declaratory and Injunctive Relief filed by the Intervenor-Petitioner, and the Answers to each Petition.

2. Any and all responses to discovery requests.

3. Any and all depositions taken in this matter.

4. All documents identified in the Petitioners' initial disclosures, including document nos. (1)-(54) as identified by the Petitioner therein, and all documents identified by Intervenor-Petitioners by filing dated November 25, 2015.

5. Video shown during testimony at the Indiana Statehouse during debate over HEA 1432. This video has a running time of two minutes, 48 seconds.

6. Any and all documents needed for impeachment and/or rebuttal purposes.

7. All documents produced by Respondents in response to requests for production served by counsel for the "Legato Petitioners", with such production by Respondents dated November 18, 2015 and December 18, 2015.

8. Any documents produced by Respondents to the "Legato Petitioners" as supplemental production, after January 1, 2016, in response to the Legato Petitioners' second set of requests for production.

9. All expert reports submitted jointly by the Legato petitioners and Intervenor-Petitioner by filings dated November 2, 2015, November 20, 2015, and January 14, 2016.

10. Other documents as discovery progresses and Respondents become aware of such documents.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Attorney No. 1958-98

By:   *s/ Jonathan P. Nagy*
Jonathan P. Nagy
Deputy Attorney General
Attorney No. 20975-49

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Gregory Troutman
jgtatty@yahoo.com

Azim Chowdhury
chowdhury@khlaw.com

Eric P. Gotting
gotting@khlaw.com

Manesh K. Rath
rath@khlaw.com

Robert David Epstein
rdepstein@aol.com

                                                      *s/ Jonathan P. Nagy*
                                                      Jonathan P. Nagy
                                                      Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 233-8296
FAX:     (317) 232-7979
Email:   Jonathan.Nagy@atg.in.gov