UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEGATO VAPORS LLC a Kentucky limited liability company, *et al.* ) ) ) Petitioners, ) ) vs. ) ) DAVID COOK in his official capacity as Chairman of the Indiana Alcohol and Tobacco Commission, *et al.* ) ) ) Respondents. ) | No. 1:15-cv-00761-SEB-TAB |

The Honorable Sarah Evans Barker, Judge
Entry for February 21, 2017

The appellate mandate No. 16-3071 has been received.

The parties shall comply with the requirements of Local Rule 16-2 forthwith, and no later than March 14, 2017.  The Clerk is directed to reopen the case.

**IT IS SO ORDERED.**

Date:  __2/21/2017__

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.