## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| LEGATO VAPORS, LLC, JET SETTER JUICE LLC, ROCKY MOUNTAIN ECIGS LLC, AND DERB E CIGS INDIANA LLC, <br><br> Petitioners, <br><br> v. <br><br> DAVID COOK, DAVID COLEMAN, DALE GRUBB, AND MARJORIE MAGINN, IN THEIR OFFICIAL CAPACITIES FOR THE INDIANA ALCOHOL AND TOBACCO COMMISSION, MATT STRITTMATTER, IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE INDIANA EXCISE POLICE, AND THE STATE OF INDIANA, <br><br> Respondents, <br><br> and <br><br> RIGHT TO BE SMOKE-FREE COALITION, INC. <br><br> Intervenor-Petitioner. | CASE NO. 1:15-CV-00761-SEB/TAB |

### PETITIONERS' AND INTERVENOR-PETITIONER'S STATEMENT IN COMPLIANCE WITH S.D. IND. L.R. 16-2

The Petitioners, Legato Vapors, LLC., Rocky Mountain Ecigs LLC. and Derb E Cigs Indiana, LLC. and the Intervenor-Petitioner, Right to Be Smoke-Free Coalition, Inc., by counsel, pursuant to S.D. Ind. L.R. 16-2 and this Court's February 22, 2017 Entry (Dkt. #120), respectfully submit the foregoing statement concerning their position as to what action the Court should take

in the case as a result of the January 30, 2017 Final Opinion and Final Judgment of the Seventh Circuit Court of Appeals.

The Petitioners and Intervenor-Petitioner assert it is necessary for the Court to enter a Final Judgment and Permanent Injunction Order which declares that: (1) Indiana Code §§ 7.1-7-4-1(d)(1)–(3), (6), (8)–(10); 7.1-7-4-6(b)(8), (10)–(16), and (19) are unconstitutional as violating the Dormant Commerce Clause of the United States Constitution as applied to out-of-state e-liquid manufacturers; (2) the Respondents be permanently enjoined from enforcing such provisions; and (3) the Indiana ATC shall forthwith begin accepting permit applications from out-of-state e-liquid manufacturers, notwithstanding the date set forth in Indiana Code § 7.1-7-4-1(b).  The Petitioners and Intervenor-Petitioner are filing in conjunction herewith a Motion to enter a proposed judgment and permanent injunction.

Dated:  February 23, 2017

Respectfully submitted:

| | |
|---|---|
| /s/   J. Gregory Troutman_____ | /s/ Robert D. Epstein_____ |
| J. GREGORY TROUTMAN | ROBERT D. EPSTEIN |
| TROUTMAN LAW OFFICE, PLLC. | EPSTEIN COHEN SEIF & PORTER, LLP |
| 4205 Springhurst Boulevard, Suite 201 | 50 S. Meridian St., Suite 505 |
| Louisville, Kentucky 40241 | Indianapolis, IN 46204 |
| (502) 412-9190 | (317) 639-1326 |
| jgtatty@yahoo.com | rdepstein@aol.com |
| Counsel for Petitioners | |
| | Eric P. Gotting (gotting@khlaw.com) |
| | Manesh K. Rath (rath@khlaw.com) |
| | Azim Chowdhury (chowdhury@khlaw.com) |
| | KELLER AND HECKMAN LLP |
| | 1001 G Street, N.W., Suite 500 West |
| | Washington, D.C. 20001 |
| | (202) 434-4100 |
| | Co-Counsel for Intervenor-Petitioner |


## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/  J. Gregory Troutman