UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEGATO VAPORS, LLC, JET SETTER JUICE LLC, ROCKY MOUNTAIN ECIGS LLC, AND DERB E CIGS INDIANA LLC, <br><br> Petitioners, <br><br> v. <br><br> DAVID COOK, DAVID COLEMAN, DALE GRUBB, AND MARJORIE MAGINN, IN THEIR OFFICIAL CAPACITIES FOR THE INDIANA ALCOHOL AND TOBACCO COMMISSION, MATT STRITTMATTER, IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE INDIANA EXCISE POLICE, AND THE STATE OF INDIANA, <br><br> Respondents, <br><br> and <br><br> RIGHT TO BE SMOKE-FREE COALITION, INC. <br><br> Intervenor-Petitioner. | CASE NO. 1:15-CV-00761-SEB/TAB |

**MOTION TO ENTER
PROPOSED JUDGMENT ORDER AND PERMANENT INJUNCTION**

The Petitioners, Legato Vapors, LLC., Rocky Mountain Ecigs LLC. and Derb E Cigs Indiana, LLC. and the Intervenor-Petitioner, Right to Be Smoke-Free Coalition, Inc., by counsel, pursuant to FED R. CIV. P. 54 and FED. R. APP. P. 41, respectfully move the Court to enter the tendered Proposed Judgment Order and Permanent Injunction in accordance with the mandate of

the United States Court of Appeals for the Seventh Circuit (Dkt. #119) issued upon its January 30, 2017 Final Opinion and Final Judgment.

Dated:  February 23, 2017

Respectfully submitted:

/s/   J. Gregory Troutman_____
J. GREGORY TROUTMAN
TROUTMAN LAW OFFICE, PLLC.
4205 Springhurst Boulevard, Suite 201
Louisville, Kentucky 40241
(502) 412-9190
jgtatty@yahoo.com
Counsel for Petitioners

/s/ Robert D. Epstein_____
ROBERT D. EPSTEIN
EPSTEIN COHEN SEIF & PORTER, LLP
50 S. Meridian St., Suite 505
Indianapolis, IN 46204
(317) 639-1326
rdepstein@aol.com

Eric P. Gotting (gotting@khlaw.com)
Manesh K. Rath (rath@khlaw.com)
Azim Chowdhury (chowdhury@khlaw.com)
KELLER AND HECKMAN LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
(202) 434-4100
Co-Counsel for Intervenor-Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/   J. Gregory Troutman_____