**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LEGATO VAPORS, LLC, JET SETTER JUICE LLC, ROCKY MOUNTAIN ECIGS LLC, AND DERB E CIGS INDIANA LLC, <br><br>       Petitioners, <br><br> v. <br><br> DAVID COOK, DAVID COLEMAN, DALE GRUBB, AND MARJORIE MAGINN, IN THEIR OFFICIAL CAPACITIES FOR THE INDIANA ALCOHOL AND TOBACCO COMMISSION, MATT STRITTMATTER, IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE INDIANA EXCISE POLICE, AND THE STATE OF INDIANA, <br><br>       Respondents, <br><br> and <br><br> RIGHT TO BE SMOKE-FREE COALITION, INC. <br><br>       Intervenor-Petitioner. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     CASE NO. 1:15-CV-00761-SEB/TAB |

## PROPOSED JUDGMENT ORDER AND PERMANENT INJUNCTION

This matter is before the Court on remand from the January 30, 2017 Final Opinion and Final Judgment rendered by the United States Court of Appeals for the Seventh Circuit. In accordance with such Final Opinion and Final Judgment,

IT IS THEREFORE ORDERED and ADJUDGED that the Motion for Summary Judgment filed herein by the Petitioners, Legato Vapors, LLC., Rocky Mountain Ecigs LLC. and Derb E

Cigs Indiana, LLC. and the Intervenor-Petitioner, Right to Be Smoke-Free Coalition, Inc. (Dkt #56), is GRANTED IN PART with respect to Count II of the Petitioner's First Amended Petition (Dkt #9) and Count I of the Petition of the Intervenor-Petitioner (Dkt #25-3) and DENIED IN PART with respect to the remaining Counts of such First Amended Petition and the remaining Counts of the Intervenor-Petitioner's Petition.

IT IS THEREFORE ORDERED and ADJUDGED that, pursuant to the Seventh Circuit's Final Opinion and Final Judgment, Indiana Code §§ 7.1-7-4-1(d)(1)–(3), (6), (8)–(10); 7.1-7-4-6(b)(8), (10)–(16), and (19) violate the Dormant Commerce Clause of the United States Constitution as applied to out-of-state e-liquid manufacturers, and Respondents are permanently ENJOINED from enforcing such provisions.

IT IS FURTHER ORDERED and ADJUDGED that the Indiana ATC shall forthwith begin accepting permit applications from out-of-state e-liquid manufacturers, notwithstanding the date set forth in Indiana Code § 7.1-7-4-1(b), consistent with this Order.

So Ordered this _____ day of _____, 2017.

_____
JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Respectfully Submitted By:

/s/  J. Gregory Troutman_____
J. GREGORY TROUTMAN
TROUTMAN LAW OFFICE, PLLC.
4205 Springhurst Boulevard, Suite 201
Louisville, Kentucky 40241
(502) 412-9190
jgtatty@yahoo.com
Counsel for Petitioners

/s/ Robert D. Epstein_____
ROBERT D. EPSTEIN
EPSTEIN COHEN SEIF & PORTER, LLP
50 S. Meridian St., Suite 505
Indianapolis, IN 46204
(317) 639-1326
rdepstein@aol.com

Eric P. Gotting (gotting@khlaw.com)
Manesh K. Rath (rath@khlaw.com)
Azim Chowdhury (chowdhury@khlaw.com)
KELLER AND HECKMAN LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
(202) 434-4100
Co-Counsel for Intervenor-Petitioner