UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEGATO VAPORS, LLC, JET SETTER JUICE LLC, ROCKY MOUNTAIN ECIGS LLC, AND DERB E CIGS INDIANA LLC,<br><br>Petitioners,<br><br>v.<br><br>DAVID COOK, DAVID COLEMAN, DALE GRUBB, AND MARJORIE MAGINN, IN THEIR OFFICIAL CAPACITIES FOR THE INDIANA ALCOHOL AND TOBACCO COMMISSION, MATT STRITTMATTER, IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE INDIANA EXCISE POLICE, AND THE STATE OF INDIANA,<br><br>Respondents,<br><br>and<br><br>RIGHT TO BE SMOKE-FREE COALITION, INC.<br><br>Intervenor-Petitioner. | CASE NO. 1:15-CV-00761-SEB/TAB |

**JUDGMENT ORDER AND PERMANENT INJUNCTION**

This matter is before the Court on remand from the January 30, 2017 Final Opinion and Final Judgment rendered by the United States Court of Appeals for the Seventh Circuit. In accordance with such Final Opinion and Final Judgment,

IT IS THEREFORE ORDERED and ADJUDGED that the Motion for Summary Judgment filed herein by the Petitioners, Legato Vapors, LLC., Rocky Mountain Ecigs LLC. and Derb E

Cigs Indiana, LLC. and the Intervenor-Petitioner, Right to Be Smoke-Free Coalition, Inc. (Dkt #56), is GRANTED IN PART with respect to Count II of the Petitioner's First Amended Petition (Dkt #9) and Count I of the Petition of the Intervenor-Petitioner (Dkt #25-3) and DENIED IN PART with respect to the remaining Counts of such First Amended Petition and the remaining Counts of the Intervenor-Petitioner's Petition.

IT IS THEREFORE ORDERED and ADJUDGED that, pursuant to the Seventh Circuit's Final Opinion and Final Judgment, Indiana Code §§ 7.1-7-4-1(d)(1)–(3), (6), (8)–(10); 7.1-7-4-6(b)(8), (10)–(16), and (19) violate the Dormant Commerce Clause of the United States Constitution as applied to out-of-state e-liquid manufacturers, and Respondents are permanently ENJOINED from enforcing such provisions.

IT IS SO ORDERED.

Date: 3/15/2017

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.