# Exhibit A

|            |              | **10.22.2015** |       |
|------------|--------------|----------------|-------|
| **Date**   | **Professional** | **Description** | **Hours** |
| 11-Aug-15  | EPG          | Review equal protection and due prcoess case law; interview J. Woessner regarding potential expert report | 3.75 |
| 12-Aug-15  | EPG          | Research case law regarding equal protection and due process; conference with A. Bryant regarding research on due process | 4.5 |
| 12-Aug-15  | AJB          | Meet with E. Gotting re Due Process research; begin research | 0.5 |
| 14-Aug-15  | EPG          | Research equal protection and due process claims | 2.75 |
| 18-Aug-15  | AJB          | Continue due process research | 1.5 |
| 21-Aug-15  | EPG          | Review equal protection and due process case law | 4.25 |
| 23-Aug-15  | EPG          | Due process and equal protection case law research | 3.75 |
| 2-Sep-15   | AC           | Confer with J. Dages regarding Indiana state law definitions of tobacco, e-cigarette and e-liquid | 0.5 |
| 2-Sep-15   | JMD          | Research re Indiana tobacco definitions; discuss same | 2.75 |
| 3-Sep-15   | AC           | Research tobacco product and e-liquid definitions and implications for litigation strategy | 1 |
| 4-Sep-15   | EPG          | Conference with A. Chowdhury and M. Rath re tobacco definition | 0.5 |
| 4-Sep-15   | AC           | Confer re definition of tobacco issue and status of Indiana House and Senate bills | 0.5 |
|            |              | **Total**      | 26.25 |

|            |              | **12.18.2015** |       |
|------------|--------------|----------------|-------|
| **Date**   | **Professional** | **Description** | **Hours** |
| 10-Sep-15  | AC           | Conference call with expert K. Farsalinos | 0.5 |
|            |              | **Total**      | 0.5   |

|            |              | **1.28.2016**  |       |
|------------|--------------|----------------|-------|
| **Date**   | **Professional** | **Description** | **Hours** |
| 10-Sep-15  | EPG          | Conference with Dr. Farsalinos | 0.5 |
| 12-Sep-15  | EPG          | Research Pike commerce clause case law cited by A. Bryant | 3 |
|            |              | **Total**      | 3.5   |

|            |              | **3.9.2016**   |       |
|------------|--------------|----------------|-------|
| **Date**   | **Professional** | **Description** | **Hours** |
| 25-Sep-15  | EPG          | Conference with J. Woessner re affidavit | 0.5 |
| 25-Sep-15  | AC           | Call with potential expert or fact witness, J. Woessner from CASAA | 0.5 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 29-Sep-15 | EPG | Conferences with R. Seward and K. Farsalinos | 1 |
| 29-Sep-15 | AC | Follow-up with K. Farsalinos | 0.25 |
| 30-Sep-15 | EPG | Finalize R. Seward and K. Farsalinos engagement letters | 0.5 |
| 1-Oct-15 | EPG | Conference with S. Seward | 0.5 |
| 2-Oct-15 | AC | Call with food microbiologist expert S. Seward | 0.5 |
| 4-Oct-15 | EPG | Call with S. Seward re draft report | 1 |
| 5-Oct-15 | EPG | Conference with S. Seward | 0.25 |
| 5-Oct-15 | AC | Correspondence with expert K. Farsalinos | 0.25 |
| 7-Oct-15 | AC | Conference call with expert S. Seward | 0.25 |
| 12-Oct-15 | AC | Review draft expert report from S. Seward | 1 |
| 13-Oct-15 | EPG | Review S. Seward report and conferences with S. Seward re same | 1 |
| 14-Oct-15 | AC | Review final S. Seward expert opinion | 0.5 |
| 20-Oct-15 | AC | Conference with K. Farsalinos; review K. Farsalinos report on e-liquids | 0.75 |
| 21-Oct-15 | EPG | Review Farsalinos draft report; review Farsalinos survey reports | 1 |
| 21-Oct-15 | AC | Review Farsalinos draft expert report | 1 |
| 22-Oct-15 | EPG | Conference with A. Chowdhury and G. Troutman re Farsalinos report | 0.5 |
| 22-Oct-15 | AC | Conference call with K. Farsalinos re draft expert report; confer re security expert issues | 0.75 |
| 23-Oct-15 | EPG | Conference with Dr. Farsalinos re draft report and review same | 1 |
| 23-Oct-15 | AC | Conference call with expert K. Farsalinos and prepare for same | 0.5 |
| 28-Oct-15 | EPG | Correspondence with J. Woessner | 0.25 |
| 28-Oct-15 | AC | Confer with expert J. Woessner re expert report | 0.5 |
| 29-Oct-15 | EPG | Conference with K. Farsalinos | 0.5 |
| 29-Oct-15 | AC | Conference with K. Farsalinos | 0.5 |
| 30-Oct-15 | AC | Conference call with J. Woessner; review J. Woessner expert report | 1 |
| 31-Oct-15 | EPG | Review J. Woessner draft; conference with J. Woessner re same | 0.5 |
| 1-Nov-15 | EPG | Review Farsalinos report; correspondence re same | 0.5 |
| 21-Dec-15 | EPG | Research Pike cases | 2 |
| 21-Dec-15 | AJB | Discuss Pike v. Bruce Church Inc. case and begin motion for summary judgment research | 1.25 |
| 13-Jan-16 | EPG | Conference with C. Schlag re Pike research | 0.25 |
| 22-Jan-16 | EPG | Draft due process section (security) | 1 |
| 23-Jan-16 | EPG | Draft due process section (security) | 1 |
| 24-Jan-16 | EPG | Draft due process section (security) | 1 |
| 25-Jan-16 | EPG | Draft summary judgment motion sections (Indiana constitution, equal protection, due process) | 2 |
| 26-Jan-16 | EPG | Draft summary judgment motion sections (Indiana constitution, equal protection, due process) | 2 |
| 27-Jan-16 | EPG | Draft summary judgment motion (equal protection and due process) | 2.5 |
| | | **Total** | 30.25 |

| | Grand Total |
|---|---|
| | 60.5 |