UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEGATO VAPORS, LLC, JET SETTER JUICE LLC, ROCKY MOUNTAIN ECIGS LLC, AND DERB E CIGS INDIANA LLC<br><br>Petitioners,<br>v.<br><br>DAVID COOK, DAVID COLEMAN, DALE GRUBB, and MARJORIE MAGINN, in their official capacities for the Indiana Alcohol and Tobacco Commission, MATT STRITTMATTER, in his official capacity as the Superintendent of the Indiana Excise Police, and THE STATE OF INDIANA,<br><br>Respondents,<br><br>and<br><br>RIGHT TO BE SMOKE-FREE COALITION, INC.<br><br>Intervenor-Petitioner. | Case No. 1:15-cv-00761-SEB/TAB |

**ORDER**

COMES NOW, Intervenor-Petitioner Right To Be Smoke-Free Coalition, Inc. ("RSF"), upon its Unopposed Motion To Correct Omission and Issue Amended Order Granting Intervenor-Petitioner Attorneys' Fees ("Motion"), and Respondents, through counsel, indicating that they do not oppose this Motion, it is hereby:

ORDERED that the movant's Motion be GRANTED in full and that RSF is awarded $2,612.50 related to work done on a Fed. R. Civ. P. 59(e) motion, and $27,055.00 for fees

incurred on unsuccessful claims that this Court previously found in a May 11, 2017 Order would be appropriately subject to a fee award.

IT IS SO ORDERED.

Dated:  7/07/2017

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.